UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ANDRE LAMONT WILLIAMS,

    Defendant.

Case No. 99-cr-40038-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on defendant Andre Lamont Williams' motion to modify his terms of supervised release (Doc. 80). The Court does not have jurisdiction to entertain this motion because it transferred Williams' supervision to the Northern District of Oklahoma in August 2009 pursuant to 18 U.S.C. § 3605. *See United States v. Williams*, No. 4:09-cr-118-GKF-1. Accordingly, the Court **DISMISSES** Williams' motion (Doc. 80), which he may refile in his Northern District of Oklahoma case. The Court further **DIRECTS** the Clerk of Court to **UNSEAL** Williams' motion (Doc. 80).

**IT IS SO ORDERED.**
**DATED: February 8, 2012**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**